**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

RICARDO ALBERTO HERNANDEZ )
CASALLAS, )
)
        Petitioner, )
)
v. )     Case No. CIV-26-1471-J
)
DON JONES, et al., )
)
        Respondents. )

## ORDER

Petitioner Ricardo Alberto Hernandez Casallas is currently in the custody of Immigration and Customs Enforcement. He has filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] and a motion for a temporary restraining order [Doc. No. 2]. The matter was referred to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Mitchell issued a Report and Recommendation recommending that Petitioner's motion for a temporary restraining order be denied [Doc. No. 10] and no party objected by the July 20, 2026 deadline. Thus, all have waived de novo review. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Report and Recommendation [Doc. No. 10] is ADOPTED and Petitioner's motion for a temporary restraining order [Doc. No. 2] is DENIED.

IT IS SO ORDERED this 24th day of July, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE