**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RICARDO ALBERTO HERNANDEZ CASALLAS, | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. CIV-26-1471-J |
| DON JONES, et al., | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Ricardo Alberto Hernandez Casallas, a Venezuelan citizen, filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 challenging his detention with United States Immigration and Customs Enforcement (ICE). [Doc. No. 1]. The matter was referred to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Mitchell issued a Report and Recommendation recommending that the Court dismiss the Petition for abuse of the writ. [Doc. No. 17]. Specifically, Judge Mitchell noted that Petitioner has already challenged his detention in a previous Petition, and the Court granted him relief via a bond hearing. *See id.* at 2. Petitioner did not object,[1] thus waiving his right to de novo review. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Report and Recommendation [Doc. No. 17] is ADOPTED and Petitioner's Petition [Doc. No. 1] is DISMISSED.[2]

---

[1] Petitioner did not receive the Report and Recommendation as it was returned to sender. [Doc. No. 18]. While the Court understands the complexity and challenges involved in ICE detention, it was ultimately Petitioner's responsibility to update the Court with his current address. *See* LCvR 5.4.

[2] The Court has examined all the relevant filings and would reach the same conclusion on de novo review.

A separate judgment will enter.

IT IS SO ORDERED this 15th day of October, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE